UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Nickey Gregory Company, LLC and Poppell's Produce, Inc., ) ) ) Plaintiffs, ) ) v. ) ) Robison Farms, LLC, and ) Cindy Robison, ) ) Defendants. ) _____) ) D&T Brokerage, Inc., ) ) Plaintiff, ) v. ) ) Robison Farms, LLC, and ) Cindy Robison, ) ) Defendants. ) | C.A. Nos.:6:06-02070-HMH 6:06-02144-HMH **OPINION & ORDER** |

Certain plaintiffs in this action have pending claims against the Defendants. No action has taken place in this case since January 22, 2008. It appears that the pro rata distribution of PACA assets has been completed. Several plaintiffs have requested entry of default, but have never requested default judgment. The court orders the parties with pending claims to respond as to the status of the pending claims within ten days. If no response is received, the court will dismiss the remaining claims for failure to prosecute.

1

**IT IS SO ORDERED.**

                                                                                     s/Henry M. Herlong, Jr.
                                                                                     United States District Judge

February 5, 2009
Greenville, South Carolina