UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Nickey Gregory Company, LLC<br>and Poppell's Produce, Inc.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Robison Farms, LLC, et al.,<br><br>        Defendants.<br><br>D&T Brokerage, Inc.,<br><br>        Plaintiff,<br>   v.<br><br>Robison Farms, LLC, and<br>Cindy Robison,<br><br>        Defendants. | C.A. Nos.:6:06-02070-HMH<br>          6:06-02144-HMH<br><br>**OPINION & ORDER** |

This matter is before the court on Intervenor Custom Pak, Inc.'s motion for default judgment. After review, it is hereby

**ORDERED** that the motion for default judgment is granted in favor of Custom Pak, Inc. and against Robison Farms, LLC and Cindy Robison, individually and on a joint and several basis with the company, in the amount of $55,044.43, plus further interest at a rate of 18% per annum and costs of collection, including attorneys' fees. With no just reason for delay, the Clerk is hereby instructed to enter default judgment.

                                        s/Henry M. Herlong, Jr.
                                        United States District Judge

March 3, 2009
Greenville, South Carolina